IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN GARDNER REIFFIN, | No. C -12-02616 EDL |
| Plaintiff, | **ORDER OF REFERRAL** |
| v. | |
| BEVERLY M. HOEY, | |
| Defendant. | |

Pursuant to Local Rule 3-12(c), this matter is referred to the Honorable Howard R. Lloyd for the purpose of considering whether it is related to the following case: <u>Reiffin v. Hoey</u>, C-11-4625 HRL.

IT IS SO ORDERED.

Dated: July 17, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge