IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN GARDNER REIFFIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BEVERLY M. HOEY,<br><br>　　　　Defendant.<br>_____/ | No. C -12-02616 EDL<br><br>**ORDER OF REFERRAL** |

　　　Pursuant to Local Rule 3-12(c), this matter is referred to the Honorable Howard R. Lloyd for the purpose of considering whether it is related to the following case: <u>Reiffin v. Hoey</u>, C-11-4625 HRL.

　　　IT IS SO ORDERED.

Dated: July 17, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　*Elizabeth D. Laporte*
　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge